**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants SACRAMENTO COUNTY, CALIFORNIA; SHERIFF R. SCOTT JONES; and GRANT NUGENT

**LAW OFFICE OF PATRICK DWYER**
Patrick Dwyer, SBN 137743
P.O. Box 1705
Penn Valley, CA 95946
TEL: 530-432-5407
FAX: 530.432.5407

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXSEY PREDYBAYLO, an individual, <br><br> Plaintiff, <br><br> v. <br><br> SACRAMENTO COUNTY, CALIFORNIA, a county government and the operator of the Sacramento County Sheriff's Department and its Correctional Health Services Division; and the following persons as individuals and in their capacity as officials, employees or contractors of Sacramento County: SHERIFF R. SCOTT JONES; GRANT NUGENT; Does 1 through 20, Defendants. | CASE NO. 2:19-CV-01243-MCE-CKD <br><br> **JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT; ORDER** <br><br> Complaint Filed: 07/02/2019 |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff ALEXSEY PREDYBAYLO, and Defendants SACRAMENTO COUNTY, SHERIFF R. SCOTT JONES, and GRANT NUGENT, through their respective counsel, that the time for Defendants to respond to the Complaint shall be extended to **August 30, 2019**. Defense counsel needs additional time to review

the complaint and meet with his clients to determine how to respond.

Respectfully submitted,

Dated: August 6, 2019   PORTER SCOTT
A PROFESSIONAL CORPORATION

By   /s/Carl L. Fessenden
Carl L Fessenden
Attorneys for Defendants

Dated: August 6, 2019   LAW OFFICES OF PATRICK H. DWYER

By   /s/Patrick H. Dwyer (authorized 07/30/19)
Patrick H. Dwyer
Attorney for Plaintiffs

**ORDER**

Pursuant to the Parties' agreement, and for good cause, the Stipulation (ECF No. 7) is GRANTED.

IT IS SO ORDERED.

Dated: August 6, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE