Patrick H. Dwyer, SBN 137743
Post Office Box 1705
Penn Valley, CA 95946
Telephone: (530) 432-5407
Fax: (530) 432-9122
Email: pdwyer@pdwyerlaw.com
Attorney for Plaintiff Alexsey Predybaylo

Porter Scott, a Professional Corporation
Carl L. Fessenden, SBN 161494
Matthew W. Gross, SBN 324007
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
Attorneys for Defendants SACRAMENTO COUNTY, CALIFORNIA

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Alexsey Predybaylo, an individual,<br><br>    Plaintiff<br><br>        v.<br><br>Sacramento County, California, a<br>county government and the<br>    operator of the Sacramento County<br>Sheriff's Department and its<br>    Correctional Health Services<br>    Division; and<br>Does 1-20,<br><br>    Defendants. | Case No.  2:19-CV-01243-MCE-CKD<br><br>**JOINT STIPULATION TO MODIFY THE PRE-TRIAL SCHEDULING ORDER TO CONTINUE FACT DISCOVERY AND ORDER**<br><br>Courtroom:    7<br><br>Judge:    The Hon. Morrison C. England |

**Whereas**, the Court's Initial Pretrial Scheduling Order (ECF 4) ("PSO") set a date of July 1, 2020 for the conclusion of non-expert discovery not later than 365 days from the date the case was opened and the parties files a Joint Status Report on September 6, 2020 (ECF 11) ("JSR") that, *inter*

1

STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER TO CONTINUE
FACT DISCOVERY & ORDER

1  *alia*, set forth July 1, 2020 as the last day for non-expert discovery (the original complaint having
2  been filed on July 1, 2019) in compliance with the PTSO;

3  **Whereas**, the parties have been diligent in conducting discovery since the filing of the JSR,
4  but have not been, and will not be, able to complete non-expert discovery because of the: (a) Corona
5  Virus situation; and (b) counsel for Plaintiff has not been able to meet with Plaintiff or otherwise
6  communicate effectively with his client since December 9, 2019 (in person, or by phone, email, or
7  letter) because Plaintiff was transferred from custody at the Wayne Browne Correctional Facility in
8  Nevada County, California, to the custody of the United States Marshall's Service and then to the
9  Federal Bureau of Prisons at El Reno, Oklahoma where Plaintiff has been in lockdown much of the
10 time since late February/early March.

11 **Whereas**, Counsel for Plaintiff has conducted as much discovery as possible without the
12 direct assistance of his client, but is now unable to complete discovery, either affirmatively or
13 responsively, without multiple hours of personal meetings with Mr. Predybaylo to review
14 documentary and video evidence obtained from discovery to date;

15 **Whereas**, Counsel for Defendants needs to take the deposition of Plaintiff and complete other
16 affirmative discovery such as supplemental interrogatory answers;

17 **Whereas**, the continuation of the non-expert discovery deadline for 120 days may impact the
18 date for the designation and completion of expert discovery;

19 **Whereas**, the parties need additional time for the filing of dispositive motions and pre-trial
20 conference materials, but want to preserve the present trial date.

21 **NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the parties, by and
22 through their respective counsel of record, that:

23     1. Non-expert discovery be extended until November 1, 2020;

24     2. Expert discovery deadline shall be November 1, 2020, and Expert Rebuttal
25 discovery shall be December 1, 2020;

26     3. Dispositive Motion deadline shall be on January 30, 2021;

27     4. Final pre-trial conference shall be on March 30, 2021; and

28     5. Trial shall remain as scheduled for April 26, 2021.

1
2
3   Dated:  May 22, 2020                                    By:     s/s Patrick Dwyer
4                                                                          Patrick Dwyer
                                                                           Attorney for Plaintiff
5
6
7
8   Dated:  May 22, 2020                                    By:     s/s Carl Fessendon
                                                                           Carl L. Fessenden,
9                                                                          Porter Scott, a Professional Corp.
                                                                           Attorneys for Defendants
10
11
12
13      Under penalty of perjury, I declare that Mr. Fessendon's authorization to file this Stipulation
14  and Proposed Order was obtained prior to filing.   Patrick H. Dwyer.
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ORDER

Upon review of the **Joint Stipulation to Modify the Pre-Trial Scheduling Order To Continue Fact Discovery** and **finding Good Cause therefore**, the Court hereby orders that the Initial Pre-Trial Scheduling Order dated July 3, 2019 (ECF 4) be modified as follows:

1. Non-expert discovery is extended until November 1, 2020;

2. The Expert discovery deadline shall be November 1, 2020, and the Expert Rebuttal discovery deadline shall be December 1, 2020;

3. Plaintiff shall have until November 15, 2020, to file an amended complaint;

4. Dispositive Motion deadline shall be on January 30, 2021;

5. The parties are ordered to file a Joint Notice of Trial Readiness not later than thirty (30) days after receiving this Court's ruling on the last filed dispositive motion.  The parties are to set forth in their Notice of Trial Readiness, the appropriateness of special procedures, whether this case is related to any other case(s) on file in the Eastern District of California, the prospect for settlement, their estimated trial length, any request for a jury, and their availability for trial. After review of the parties' Joint Notice of Trial Readiness, the Court will issue an order that sets forth new dates for a final pretrial conference and trial.

**IT IS SO ORDERED.**

**Dated:  June 1, 2020**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE