**P O R T E R | S C O T T**

A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Matthew W. Gross, SBN 324007
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant SACRAMENTO COUNTY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXSEY PREDYBAYLO, an individual, | CASE NO.   2:19-CV-01243-MCE-CKD |
| Plaintiff | **JOINT STIPULATION TO CONTINUE HEARING DATE OF SACRAMENTO COUNTY'S MOTION FOR PROTECTIVE ORDER TO PREVENT DEPOSITION OF SCOTT JONES; ORDER** |
| v. | |
| SACRAMENTO COUNTY, CALIFORNIA, a county government and the operator of the Sacramento County Sheriff's Department and its Correctional Health Services Division; and Does 1 through 20, | |
| Defendants. | FAC Filed: 8/29/19 |
| _____/ | Complaint Filed:  07/02/2019 |

This Stipulation is entered into by and between Plaintiff ALEXSEY PREDYBAYLO and Defendant SACRAMENTO COUNTY, through counsel of record. The Parties have agreed to continue the hearing of Defendant's Motion for Protective Order to Prevent Deposition of Scott Jones currently set for June 24, 2020.  The new hearing date will be July 15, 2020 and the Plaintiff's Opposition shall be filed on or before July 1, 2020.

1

2          **IT IS SO STIPULATED.**

3     Dated: June 10, 2020                          PORTER SCOTT
                                                    A PROFESSIONAL CORPORATION
4

5                                                   By ____/s/*Matthew W. Gross*____
6                                                       Carl L. Fessenden
                                                        Matthew W. Gross
7                                                       Attorneys for Defendant

8     Dated: June 10, 2020

9                                                   By ____/s/ *Patrick Dwyer*_____
10                                                      Patrick Dwyer
                                                        Attorney for Plaintiff
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PORTER |SCOTT
350 University Avenue, Suite 200
Sacramento, CA  95825

JOINT STIPULATION TO CONTINUE HEARING DATE OF SACRAMENTO COUNTY'S MOTION
FOR PROTECTIVE ORDER TO PREVENT DEPOSITION OF SCOTT JONES; [PROPOSED] ORDER

**ORDER**

Purusant to the parties' agreement, and for good cause shown, the court ORDERS as follows:

1.    Stipulation (ECF No. 21) is GRANTED.

2.    The hearing on defendants' Motion for Protective Order to Prevent Deposition of Scott Jones (ECF No. 17), set for June 24, 2020, is continued to July 15, 2020.

3.    Plaintiff's opposition, if any, shall be filed by July 1, 2020.

4.    Defendants' reply, if any, shall be filed by July 8, 2020.

**IT IS SO ORDERED.**

Dated:  June 11, 2020

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

17.1243.stip

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA  95825
TEL. 916.929.1481
FAX: 916.927.3706

{02223905.DOCX}                                      1

**JOINT STIPULATION TO EXTEND DISCOVERY DEADLINE AND DISPOSITIVE MOTION FILING AND HEARING DEADLINE; [PROPOSED] ORDER**