**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Matthew W. Gross, SBN 324007
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant SACRAMENTO COUNTY

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXSEY PREDYBAYLO, an individual,<br><br>Plaintiff<br><br>v.<br><br>SACRAMENTO COUNTY, CALIFORNIA, a county government and the operator of the Sacramento County Sheriff's Department and its Correctional Health Services Division; and Does 1 through 20,<br><br>Defendants. | CASE NO.  2:19-CV-01243-MCE-CKD<br><br>**STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER TO CONTINUE FACT DISCOVERY & PROPOSED ORDER**<br><br>FAC Filed: 8/29/19<br>Complaint Filed: 07/02/2019 |

**Whereas,** on May 22, 2020 the parties stipulated to extend discovery to complete additional discovery (ECF No. 18);

**Whereas**, on June 1, 2020, the Court signed the order reviewing the Joint Stipulation to Modify the Pre-Trial Scheduling Order To Continue Fact Discovery and finding Good Cause (ECF No. 20);

**Whereas**, the parties have been diligent in conducting discovery since the filing of the Joint Status Report, but have not been, and will not be, able to complete non-expert discovery because of the Corona Virus situation, combined with Plaintiff being in custody at the Federal

///

{02310583.DOCX}                                                    1
**JOINT STIPULATION TO EXTEND DISCOVERY DEADLINE AND DISPOSITIVE MOTION FILING AND HEARING DEADLINE; ORDER**

Bureau of Prisons facility at El Reno, Oklahoma, from where his deposition by video is not possible;

**Whereas**, the parties have otherwise been diligent in conducting discovery and have completed all non-expert discovery except for:

(a) the deposition of Plaintiff (due to the virus);

(b) the deposition of Sergeant Andrew Hall (due failure to appear under FRCP 45, motion to compel being filed) (estimated time 1-2 hours); and

(c) the possible deposition of Sheriff Scot Jones (pending the Court's ruling on Plaintiff's Objections to Magistrate's Ruling denying motion to lift protective order) (estimated time 1-2 hours).[1]

**Whereas**, the remaining discovery can be completed in 2-3 days time, but cannot be completed before the current November 1, 2020 cutoff date for non-expert discovery.

**Whereas**, once the foregoing discovery is completed, the parties need additional time for the filing of dispositive motions and pre-trial conference materials.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the parties by and through their respective counsel of record, that:

1. Non-expert discovery be extended for the completion of the foregoing remaining discovery until March 31, 2021;
2. Expert discovery deadline shall be April 30, 2021, and Expert Rebuttal discovery shall be May 1, 2021;
3. Dispositive Motion Deadline shall be June 30, 2021;
4. Final pre-trial conference shall be August 31, 2021; and
5. Trial shall be scheduled for on or after September 14, 2021, or such date as the Court shall set.

///

///

---

[1] Defendant objects to the basis of any discovery on Sheriff Jones. This Court has already twice granted Defendants Motion for a Protective Order preventing Sheriff Jones deposition. (See ECF 29 and 33). To the extent this Court rules on the pending objection to the Magistrate Judge's Order, (ECF 34), Defendant agrees to comply with the Court order and the prescribed non-expert discovery deadlines, but does not want this Stipulation to be interpreted as a concession regarding permitting Plaintiff to depose Sheriff Jones.

{02310583.DOCX} 2

**JOINT STIPULATION TO EXTEND DISCOVERY DEADLINE AND DISPOSITIVE MOTION FILING AND HEARING DEADLINE; ORDER**

Dated: October 28, 2020                  PORTER SCOTT
A PROFESSIONAL CORPORATION


By    /s/*Matthew W. Gross*
      Carl L. Fessenden
      Matthew W. Gross
      Attorneys for Defendant

Dated: October 28, 2020


By    /s/*Patrick H. Dwyer*
      Patrick Dwyer
      Attorney for Plaintiff

## ORDER

Based upon the Stipulation of the parties and good cause shown, IT IS HEREBY ORDERED THAT:

1. Non-expert discovery be extended for the completion of the foregoing remaining discovery until March 31, 2021;

2. Expert discovery deadline shall be April 30, 2021, and Expert Rebuttal discovery shall be May 1, 2021;

3. Dispositive Motion Deadline shall be June 30, 2021; and

4. The parties are ordered to file a Joint Notice of Trial Readiness not later than thirty (30) days after receiving this Court's ruling(s) on the last filed dispositive motion(s).  If the parties do not intend to file dispositive motions, the parties are ordered to file a Joint Notice of Trial Readiness not later than thirty (30) days after the close of the designation of supplemental expert witnesses and the notice must include statements of intent to forgo the filing of dispositive motions.  The parties are to set forth in their Notice of Trial Readiness,

{02310583.DOCX}               3

**JOINT STIPULATION TO EXTEND DISCOVERY DEADLINE AND DISPOSITIVE MOTION FILING AND HEARING DEADLINE; ORDER**

the appropriateness of special procedures, whether this case is related to any other case(s) on file in the Eastern District of California, the prospect for settlement, their estimated trial length, any request for a jury, and their availability for trial.  The parties' Notice of Trial Readiness Statement shall also estimate how many court days each party will require to present its case, including opening statements and closing arguments.  The parties' estimates shall include time necessary for jury selection, time necessary to finalize jury instructions and instruct the jury.  After review of the parties' Joint Notice of Trial Readiness, the Court will issue an order that sets forth dates for a final pretrial conference and trial.  The parties should be prepared to submit discovery documents and trial exhibits electronically in PDF format.

**IT IS SO ORDERED.**

Dated:  October 29, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

{02310583.DOCX}                                          4
**JOINT STIPULATION TO EXTEND DISCOVERY DEADLINE AND DISPOSITIVE MOTION FILING AND HEARING DEADLINE; ORDER**