UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXSEY PREDYBAYLO,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO COUNTY, et al.,<br><br>Defendants. | No.  2:19-cv-01243 MCE CKD<br><br><br>ORDER |

Presently before the Court is Plaintiff's Objections (ECF No. 34) to the order of the magistrate judge (ECF No. 33) denying Plaintiff's request to lift a protective order precluding him from taking the deposition of Sacramento County Sheriff Scott Jones.  The Court construes these Objections as a Request for Reconsideration.  Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Id.  Having reviewed the entire file, the Court concludes that the magistrate judge's ruling was neither.  Accordingly, Plaintiff's Request for Reconsideration is DENIED.

IT IS SO ORDERED.

Dated:  January 7, 2021

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1