**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Matthew W. Gross, SBN 324007
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants SACRAMENTO COUNTY, BENJAMIN GONZALES, JARROD HOPECK, ROBERT RANUM and JEFFREY WILSON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXSEY PREDYBAYLO, an individual,<br><br>Plaintiff<br><br>v.<br><br>SACRAMENTO COUNTY, CALIFORNIA, a county government and the operator of the Sacramento County Sheriff's Department and its Correctional Health Services Division; and Does 1 through 20,<br><br>Defendants.<br>_____/ | CASE NO.  2:19-CV-01243-MCE-CKD<br><br>**STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER TO CONTINUE FACT DISCOVERY & ORDER**<br><br><br><br>FAC Filed: 8/29/19<br>Complaint Filed:  07/02/2019 |

**Whereas,** on October 29, 2020 the parties stipulated to extend discovery to complete additional discovery (ECF No. 35);

**Whereas**, on October 30, 2020, the Court signed the order reviewing the Joint Stipulation to Modify the Pre-Trial Scheduling Order To Continue Fact Discovery and finding Good Cause (ECF No. 36);

**Whereas**, the parties have been diligent in conducting discovery since the filing of the Joint Status Report, but have not been, and will not be, able to complete non-expert discovery because of the Corona Virus situation, combined with Plaintiff being in custody at the Federal Bureau of Prisons facility at El Reno, Oklahoma, from where his deposition by video is not possible;

**Whereas,** the parties are informed that Plaintiff will be released from custody in early June

{02394021.DOCX}                                                      1
**STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER TO CONTINUE FACT DISCOVERY & ORDER**

2021 and will be able to take his deposition after his release from federal custody,

**Whereas**, the parties have otherwise been diligent in conducting discovery and have completed all non-expert discovery except for:

(a) the deposition of Plaintiff (due to the virus);

**Whereas**, the remaining discovery can be completed in 1 days time, but cannot be completed before the current March 31, 2021 cutoff date for non-expert discovery.

**Whereas**, once the foregoing discovery is completed, the parties need additional time for the filing of dispositive motions and pre-trial conference materials.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the parties by and through their respective counsel of record, that:

1. Non-expert discovery be extended for the completion of the foregoing remaining discovery until July 30, 2021
2. Expert discovery deadline shall be August 31, 2021, and Expert Rebuttal discovery shall be September 30, 2021;
3. Dispositive Motion Deadline shall be October 29, 2021;
4. Final pre-trial conference shall be November 30, 2021; and
5. Trial shall be scheduled for such date as the Court shall set, or to be determined at a later point.

Dated: March 22, 2021                         PORTER SCOTT
                                              A PROFESSIONAL CORPORATION


                                              By ___/s/*Matthew W. Gross*___
                                                  Carl L. Fessenden
                                                  Matthew W. Gross
                                                  Attorneys for Defendant


Dated: March 22, 2021              By ___/s/*Patrick H. Dwyer*___
                                       Patrick Dwyer
                                       Attorney for Plaintiff

**ORDER**

Based upon the Stipulation of the parties and good cause shown:

1. Non-expert discovery be extended for the completion of the foregoing remaining discovery until July 30, 2021;

2. Expert discovery deadline shall be August 31, 2021, and Expert Rebuttal discovery shall be September 30, 2021;

3. Dispositive Motion Deadline shall be October 29, 2021;

4. The parties are ordered to file a Joint Notice of Trial Readiness not later than thirty (30) days after receiving this Court's ruling(s) on the last filed dispositive motion(s).  If the parties do not intend to file dispositive motions, the parties are ordered to file a Joint Notice of Trial Readiness not later than thirty (30) days after the close of the designation of supplemental expert witnesses and the notice must include statements of intent to forgo the filing of dispositive motions.  The parties are to set forth in their Notice of Trial Readiness, the appropriateness of special procedures, whether this case is related to any other case(s) on file in the Eastern District of California, the prospect for settlement, their estimated trial length, any request for a jury, and their availability for trial.  The parties' Notice of Trial Readiness Statement shall also estimate how many court days each party will require to present its case, including opening statements and closing arguments.  The parties' estimates shall include time necessary for jury selection, time necessary to finalize jury instructions and instruct the jury.  After review of the parties' Joint Notice of Trial Readiness, the Court will issue an order that sets forth dates for a final pretrial conference and trial.  The parties should be prepared to submit discovery documents and trial exhibits electronically in PDF format.

DATED:  March 29, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

{02394021.DOCX}    1
**STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER TO CONTINUE FACT DISCOVERY & ORDER**