**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Matthew W. Gross, SBN 324007
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants SACRAMENTO COUNTY, BENJAMIN GONZALES, JARROD HOPECK, ROBERT RANUM and JEFFREY WILSON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXSEY PREDYBAYLO, an individual, | CASE NO. 2:19-CV-01243- MCE-CKD |
| Plaintiff | **ORDER ON DEFENDANTS' REQUEST TO SEAL DOCUMENTS** |
| v. | |
| SACRAMENTO COUNTY, CALIFORNIA, a county government and the operator of the Sacramento County Sheriff's Department and its Correctional Health Services Division; and Does 1 through 20, | FAC Filed: 8/29/19<br>Complaint Filed: 07/02/2019 |
| Defendants. | |

Defendants SACRAMENTO COUNTY, BENJAMIN GONZALES, JARROD HOPECK, ROBERT RANUM and JEFFREY WILSON hereby request that Exhibit A and B to Defendants' Expert Designation (Doc No. 45) be **SEALED** because of the personal identifiers including Plaintiff's date of birth, SSN, and home address.

///
///
///
///
///

Defendants' redacted version of ECF 45, Exhibits A and B, sent to the Court and Plaintiff's counsel, will serve as the substitute/replacement for ECF 45 Exhibits A and B.

IT IS SO ORDERED.

Dated: September 13, 2021

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE