**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Matthew W. Gross, SBN 324007
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants SACRAMENTO COUNTY, BENJAMIN GONZALES, JARROD HOPECK, ROBERT RANUM and JEFFREY WILSON

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXSEY PREDYBAYLO, an individual, | CASE NO.   2:19-CV-01243- MCE-CKD |
| Plaintiff | **DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| SACRAMENTO COUNTY, CALIFORNIA, a county government and the operator of the Sacramento County Sheriff's Department and its Correctional Health Services Division; and Does 1 through 20, | Date: November 18, 2021<br>Time: 2:00<br>Location: Courtroom 7, 14th floor |
| Defendants.<br>_____ / | FAC Filed: 8/29/19<br>Complaint Filed: 07/02/2019 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on the above-stated date and time, or as soon thereafter as the matter may be heard, at the above department of the above-entitled Court, located at 501 I Street, Sacramento, CA 95814, Defendants SACRAMENTO COUNTY, BENJAMIN GONZALES, JARROD HOPECK, ROBERT RANUM and JEFFREY WILSON ("Defendants") will and hereby move for summary judgment, or in the alternative, partial summary judgment pursuant to Federal Rule of Civil Procedure, Rule 56.

Defendants' Motion is made on the following grounds:

1. Plaintiff's First Claim for Relief for excessive force fails to allege a constitutional violation because it was objectively reasonable under the totality of the circumstances for Deputies Hopeck, Ranum, and Gonzales to take Plaintiff to the ground to complete the strip search.

2. Defendants' Hopeck, Ranum, Gonzales, and Wilson are entitled to qualified immunity for Plaintiff's alleged fourth amendment violation because they did not violate clearly established law.

3. Plaintiff's Second Claim for Relief for Monell Violation fails to allege a constitutional violation because there is no evidence of a constitutional violation, no constitutional violation when a defendant fails to follow internal policies, no evidence of a custom, policy, or practice that led to a violation of constitutional rights, and no evidence that the Sheriff's Department was deliberately indifferent to the training needs of its deputies.

This motion is based on this Notice of Motion, the Memorandum of Points and Authorities in support thereof, Defendants' Statement of Undisputed Material Facts, Index of Exhibits, Notice of Lodging, all Declarations submitted in support of this motion, the pleadings, records, and anything else filed in this action, and any evidence, including oral and documentary evidence that may be presented at the time of hearing on the motion.

Dated: October 19, 2021

PORTER SCOTT
A PROFESSIONAL CORPORATION

By  /s/ *Matthew W. Gross*
  Carl L. Fessenden
  Matthew W. Gross
  Attorneys for Defendants

{02464718.DOCX} 2
DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT