**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Matthew W. Gross, SBN 324007
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants SACRAMENTO COUNTY, BENJAMIN GONZALES, JARROD HOPECK, ROBERT RANUM and JEFFREY WILSON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXSEY PREDYBAYLO, an individual, | CASE NO. 2:19-CV-01243- MCE-CKD |
| Plaintiff | **NOTICE OF LODGING EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| SACRAMENTO COUNTY, CALIFORNIA, a county government and the operator of the Sacramento County Sheriff's Department and its Correctional Health Services Division; and Does 1 through 20, | Date: November 18, 2021<br>Time: 2:00<br>Location: Courtroom 7, 14th floor |
| Defendants._____/ | FAC Filed: 8/29/19<br>Complaint Filed: 07/02/2019 |

**PLEASE TAKE NOTICE** that on October 19, 2021, pursuant to Eastern District Local Rule 138(l), Defendants JARROD HOPECK, JEFFREY WILSON, BENJAMIN GONZALES, ROBERT RANUM, and COUNTY OF SACRAMENTO ("Defendants") submitted via the Court's "Box" App, Exhibits I, J K, L, M, N and O**,** in support of its Motion for Summary Judgment. The videos could not be electronically filed because they are non-graphical/textual computer files.

Exhibit I:    Main Jail Video – Entrance to Booking Area - DEF 368

Exhibit J:    Main Jail Video – Booking Area - DEF 370

Exhibit K:    Main Jail Video – Booking Area Paper Processing - DEF 371

{02518254.DOCX}                                                                1
NOTICE OF LODGING EXHIBITS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

1 Exhibit L: Main Jail Video – Medical Screening - DEF 372

2 Exhibit M: Main Jail Video – Booking Photo Area - DEF 373

3 Exhibit N: Main Jail Video – Hallway Outside Safety Cell #2 - DEF 375

4 Exhibit O: Main Jail Video – Inside Safety Cell #2 - DEF 376

**PLEASE ALSO TAKE NOTICE** that on October 19, 2021, pursuant to Eastern District Local Rule 133(j), Defendants lodged via the Court's "Box" App, copies of the following deposition transcripts:

Exhibit A: Plaintiff Alexsey Predybaylo's Deposition

Exhibit B: Jarrod Hopeck Deposition

Exhibit C: Robert Ranum Deposition

Exhibit D: Benjamin Gonzales Deposition

Exhibit E: Jeffrey Wilson Deposition

Exhibit F: Andy Hall Deposition

Exhibit G: Orrlando Mayes Deposition

Plaintiff possesses Exhibits I through O described herein, as having been produced by the parties during the course of discovery in this action. Defendants will produce copies of deposition transcripts to Plaintiff upon request in the event Plaintiff is not in the possession of the deposition transcripts.

Dated: October 19, 2021

PORTER SCOTT
A PROFESSIONAL CORPORATION

By  /s/ *Matthew W. Gross*
    Carl L. Fessenden
    Matthew W. Gross
    Attorneys for Defendant

{02518254.DOCX}  2
NOTICE OF LODGING EXHIBITS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT